## CHECKER CAB COMPANY et al. v. COSDEN OIL CORPORATION, Assignee of George N. Moore and Henry Zweifel, Receivers of Cosden Oil Company.

### No. 6704.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1934.

[1] Not for publication.

Edward N. Barnard, of Detroit, Mich., for appellants.

Levin, Levin & Dill, of Detroit, Mich., for appellee.

PER CURIAM.

Order of District Court reversed, and cause remanded upon confession of error filed by appellee.